IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSHAY RANDOLPH,

    Plaintiff,

v.

                                ORDER

LARRY FUCHS, et al

                              Case No. 21-cv-108-wmc

    Defendants.

Plaintiff Oshay Randolph has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than March 9, 2021. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Oshay Randolph may have until March 9, 2021 to submit a trust fund account statement for the period beginning approximately August 16, 2020 and ending approximately February 16, 2021. If, by March 9, 2021, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 16th day of February, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge